#112  #128698

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 JUL 26 PM 3:27
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: QUICK, MICHAEL DAVID
QUICK, NATALIE LYNN

Case No. 09-38677

Judge RICHARD L SPEER

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Seventh Avenue | c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | $3.21 |
| Ginny's | c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | $3.64 |
| American Infosource as Agent for Asta-Vativ | PO Box 248838<br>Oklahoma City, OK 73124-8838 | $0.98 |
| American Infosource as Agent for Asta-Vativ | PO Box 248838<br>Oklahoma City, OK 73124-8838 | $0.91 |

Check #112 for $8.74 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 7/22/10
cc: Office of the U.S. Trustee